George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Debra K. Sims*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Debra K. Sims, | Case No.: 2:20-cv-02209-KJD-EJY |
| Plaintiff, | **Stipulation of dismissal of Bank of America, N.A. with prejudice** |
| v. | |
| Early Warning LLC. and Bank of America N.A., | |
| Defendant. | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Debra K. Sims and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

///

///

///

S<span style="font-size:smaller">TIPULATION</span>  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 3, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Debra K. Sims*

**WRIGHT FINLAY & ZAK**

/s/ Ramir H. Hernandez
Ramir M. Hernandez, Esq.
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____

STIPULATION                      - 2 -