George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Debra K. Sims*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Debra K. Sims, | Case No.: 2:20-cv-02209-KJD-EJY |
| Plaintiff, | |
| v. | **Notice of settlement between Plaintiff and Early Warning Services, LLC** |
| Early Warning LLC. and Bank of America N.A., | |
| Defendant. | |

The dispute between Debra K. Sims ("Plaintiff") and Early Warning Services, LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: July 6, 2021.

　　　　　　　　　　　　　　　　　　　　　Freedom Law Firm

　　　　　　　　　　　　　　　　　　　　　 /s/ George Haines
　　　　　　　　　　　　　　　　　　　　　George Haines, Esq.
　　　　　　　　　　　　　　　　　　　　　Gerardo Avalos, Esq.
　　　　　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Suite 350
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89123
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Debra K. Sims*

Notice　　　　　　　　　　　　　　　- 1 -