1 | George Haines, Esq.
Nevada Bar No.: 9411
2 | Gerardo Avalos, Esq.
3 | Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
4 | 8985 S. Eastern Ave., Suite 350
5 | Las Vegas, Nevada 89123
(702) 880-5554
6 | (702) 385-5518 (fax)
7 | Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Debra K. Sims*
8

9 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
10

11 | Debra K. Sims,                                    Case No.: 2:20-cv-02209-KJD-EJY

12 |
                   Plaintiff,                         **Stipulation of dismissal of Early**
13 |   v.                                             **Warning Services, LLC with prejudice**

14 |
     Early Warning LLC. and Bank of America
15 |  N.A.,

16 |
                   Defendant.
17 |

18 |        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Debra K. Sims and Early

19 | Warning Services, LLC stipulate to dismiss Plaintiff's claims against Early Warning Services,

20 | LLC with prejudice.

21 | ///

22 | ///

23 | ///

24 |

25 |

26 |

27 |

STIPULATION                                   - 1 -

1   Each party will bear its own costs, disbursements, and attorney fees.

2   Dated: September 10, 2021.

3

**Freedom Law Firm**

4

5    /s/ George Haines
George Haines, Esq.

6   Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350

7   Las Vegas, Nevada 89123
*Counsel for Plaintiff Debra K. Sims*

8

9   **Troutman Pepper Hamilton Sanders LLP**

10  /s/ Meagan A. Mihalko

Meagan A. Mihalko (admitted pro hac vice)

11  1001 Haxall Pt.

12  Richmond, VA 23219

13  804-697-1281

meagan.mihalko@troutman.com

14

15  **McDonald Carano LLP**

16  /s/ Rory T. Kay

Rory T. Kay

17  2300 West Sahara Avenue, Suite 1200

18  Las Vegas, Nevada 89102

19  (702) 873-4100

rkay@mcdonaldcarano.com

20

*Counsel for Defendant Early Warning Services, LLC*

21

22

23   IT IS SO ORDERED:

24

25  _____

UNITES STATES DISTRICT JUDGE

26

DATED:_____

27

_____