George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Debra K. Sims*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Debra K. Sims,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Early Warning LLC. and Bank of America N.A.,<br><br>　　　　　Defendant. | Case No.: 2:20-cv-02209-KJD-EJY<br><br>**ORDER on**<br>**Stipulation of dismissal of Early Warning Services, LLC with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Debra K. Sims and Early Warning Services, LLC stipulate to dismiss Plaintiff's claims against Early Warning Services, LLC with prejudice.

///
///
///

_____

STIPULATION　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 10, 2021.

**Freedom Law Firm**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Debra K. Sims*

**Troutman Pepper Hamilton Sanders LLP**

/s/ Meagan A. Mihalko

Meagan A. Mihalko (admitted pro hac vice)

1001 Haxall Pt.

Richmond, VA 23219

804-697-1281

meagan.mihalko@troutman.com

**McDonald Carano LLP**

/s/ Rory T. Kay
Rory T. Kay
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
rkay@mcdonaldcarano.com

*Counsel for Defendant Early Warning Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:  9/13/2021